IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

IN Re: 09-cr-17

FILED
ASHEVILLE, NC

FEB 23 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C

| | |
|---|---|
| ALBERT C. BURGESS, JR. ] | |
| Petitioner ] | Case No.: 1:26-cv-00057-MR |
| ] | |
| vs. ] | PETITION FOR A WRIT OF HABEAS |
| ] | CORPUS UNDER 28 U.S.C.S§ §1651 |
| United States of America and ] | OR §2241-UNLAWFUL CONFINEMENT |
| Pam Bondi, Attorney General ] | |
| of the United States, ] | |
| Respondents ] | |

TO: The Honorable Presiding Judge in Asheville, N. C,

PETITION FOR A WRIT OF HABEAS CORPUS under 28 U.S.C.S §2241 or 1651

THE WRIT

This Writ is brought pursuant to several violations of the law and procedures authorized under the following U. S. Supreme Court decision(s) in Apprendi v. Arizone, 120 S. Ct 2348 and U. S. v. Booker, 125 S.Ct 738. and finally Florencio Rosales Mireles, US 2126 (2019).

The Supreme Court mandated how this Petition should be heard in United Sates v. Shoop v. Twyford.

JUDGE WHO SHOULD BE EXCLUDED FROM HEARING THIS MATTER

The trial judge, who was acting out of his assigned jurisdiction was Gram Caulder Mullen. He was assigned to the Charlotte division but somehow came to rule on this instant matter. Perhaps his eagerness will become known.

Any other federal judge will be acceptable.

## THE FACTS

In August, 2008, this Petitioner came to court, <u>following a trial by jury in which he was found guilty by the jury if possessing three images of child porngraphy and three images of downloading child porngraphy.</u> The guilty verdict included ONLY those six images. There was no subsequent attempt to encourage the Petitioner to plead to anything else.

The Asst. U. S. Attoney, ON THE RECORD, told Mr. Mullen that

The Offense for which the jury found him guilty was 22, category three) (which indicated a range of 45-55 months in

prison. That the level was reduced to 20 because according to Asst U. S. Attorney, this Petitioner had not sent images to anyone. Therefore, a two level reduction to Level 20 was appropriate. This is a summary of what Asst U. S. Attorney Ford told Judge Mullen and is in the sentencing transcript available to <u>this Court</u>.

Mr. Mullen thereafter went on a wild ride telling the spectators I had thousands of images (only 348 CD's) were ordered seized at the request of the U. S. Attorney. Really didn't matter because Apprendi, supra, Booker, Supra do not recognize any sort

of variance from the jury verdict.

This Petitioner, appearing pro se, with assistance of counsel, OBJECTED TO THE SENTENCE ON THIOSE GROUNDS STATED HEREIN. THE SENTENCE, AT THE WORDS OF MULLEN WENT FROM A LEVEL @0 TO A LEVEL 43. Mullen was clearly off the law but made no move to hear my Objecttion. He thereafter sentenced me to 292 months in prison, skipped over the U.S.S.C. Guidlines and gave in lifetime Supervised Release and over $200,000.00

Supervised Release and over $300,000.00 in restitution.

The restitution was later vacated by the U. S. Supreme Court.

The lawyer I had assiting me said absolutely nothing. The Appeals lawyer who was appointed said nothing. Everyone who reads Apprendi and Booker and Florencio said I got screwed. The Assistant U. S. Attorney, K. Ford said nothing. Everyone was afraid of Mr. Mullen. I have prepared and ready to sent off complaints against Mr. Mullen and all the lame brain lawyers who stood by and watched me lynched.In the Code of Professioanl Responsibility, any lawyer who witnesed this barberous act by Judge Mullen, INCLUDING THE JUDGE HIMSELF, IS GOING TO HAVE TO ANSWER TO THE North Carolina Bar because of this incident.

Good luck.

I have filed appeals with the 4th Circuit and otzher courts about this situation. Mr. Mullem who did reside in Gastonia before building hia blood money bought hoe in Yancy County, did this to me because the Chief Deputy Sheriff at the time Iwas arrested in 1980, was Larry Eugene HOR%TON, a now convicted child molester convicted in Flkorida but now before drasgging me over the coals in Gastonia, first. That is probablky why Mullen went ballistic on me. He had a woman appear before sentencing who I had never seen before who claimed I had molested hewr, the only Female to say so. It is a horrible thing to behold when Justice runs off the rails.

page four

I tried to atone for my sins by assising the ICE Agent over my case, but he didn't want my help, he wanted me. And, by hook and crooke, especially through Mullen, he got me. 23 years in prison ineligible for any early release programs although Inamtes with my identical charges are g iven early release programs. I recall vividly the Program Rep in Atlanta made the comment, "who did you piss off" reg arding my sentence for six images.

I remewmber meeting tow inamtes at Butzner LSCI and seeing their last three digits were 058, recognized them from Charlotte. I asked them if they knew Mullen. Tht got their immediate attention. They told me they HAD paid Mullen's Bar MAN TO GET PROBATION. They had my exact same charge. Then the U. S, Attorney appealed their sentences and they receiced five years in prison deom a different judge. I had known Mullen took Bribes from the PTL Club and Jim Baker. I could not remember the two guys name and contacted the Clerk in Charlotte and Ricmond, Virginia to see if thewre was any record bvecause I would have contacted the F.B.I. if I ha known who t hey were.

I realize this going to cause a stink but I should have said something earlier. But to whom?

page five

## IN CONCLUSION

The United States has been paying this guy who for years has nota been faithful to his Oath of Office. I will cooperaste with any legitimate law enforcement agency even after I am released from this illegal sentence.

I ask that an attorney be appointed to me that has impeachable reputation, if the Court cannot rule on this matter on the existing record,

I ask the Clerk not to assign this matter to Graham Mullen. He will deny it and takes aget on the phone and ask his friends to help him this one last time.

I aked the Court to reduce my sentence to time served, and considering I have served over 14 years to what I was legally allowed to serve, thay NO SUPERVISF RELEASE BE INCLUDED.

Respectfdully submitted this the 19 day of February, 2026.

*Albert C. Burgess*

Albert C. Burgess, Jr.
88539-071 10-2
POB 4000
Rochester, Minn. 55903

Application to proceed in forma pauperis included herein.